UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY FRIEND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL POSTAL MAIL HANDLERS UNION, et al.,<br><br>　　　　Defendants. | Case No. 5:15-cv-04506-HRL<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR DISCOVERY EXTENSION**<br><br>Re: Dkt. No. 115 |

Plaintiff requests more time to conduct discovery. Insofar as he seeks additional time to conduct discovery as to defendant National Postal Mail Handlers Union, his motion is deemed moot because claims as to that defendant have been dismissed.

To the extent plaintiff seeks a discovery schedule as to defendant National Postal Mail Handlers Union, Local 302, his motion is premature. That defendant has not yet made an appearance in this matter, and there is no indication that it has been served. The court will consider scheduling matters, as may be necessary or appropriate, after the local union appears.

SO ORDERED.

Dated: November 7, 2017

　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge